No. 4108.

C. E. PHILLIPS vs. BLAKEMORE BROTHERS & Co.

The plaintiff sues on a draft drawn by H. H. Bein in New Orleans, on the defendants, alleging that the said Bein was the agent of defendants to purchase cotton in Camden, Arkansas, ship it to them and draw on them for the purchase price, and that said draft was drawn in the course of such operations, as many others had been which were duly honored, but payment of this was refused.

The draft in suit is not shown to have been drawn on any shipment of cotton, or accompanied by any bill of lading, which were the conditions upon which drafts were to be drawn and honored.

The plaintiff has failed to show any authority in Bein to draw this draft, which was drawn in New Orleans, and not from the point where the transactions had previously been conducted.

APPEAL from the Fifth District Court, parish of Orleans. *Leaumont, J. Hays & New,* for plaintiff and appellee. *Thomas Hunton* and *William H. Hunt,* for defendants and appellants.

HOWELL, J. The plaintiff, a resident of Camden, Arkansas, sues on a draft of $4101 50, drawn by H. H. Bein on the twenty-fourth of February, 1872, in New Orleans, on the defendants, upon the allegation that the said H. H. Bein was the agent of the defendants to purchase cotton in Camden, ship it to them and draw on them for the purchase price, and that said draft was drawn in the course of such operations, as many others had been which were duly honored, but payment of this was refused.

The answer denies that said Bein was the agent of defendants, or had authority to draw the draft in suit.

Phillips vs. Blakemore Brothers & Co.

From a judgment in favor of plaintiff defendants have appealed.

The evidence satisfies us that Bein was not the general agent of the defendants, but was simply authorized to fill special orders for the purchase of cotton in given quantities for account of certain-named parties including said Bein himself, and to draw on the defendants for the price, with a margin, and attach bills of lading to the drafts. In some instances money was deposited with plaintiff's bankers in New Orleans to cover specific shipments, and bills of lading and invoices were forwarded. The draft in suit is not shown to have been drawn upon any shipment of cotton or accompanied by any bill of lading, which were the conditions upon which drafts were to be drawn and honored.

The plaintiff has failed to show any authority in Bein to draw this draft, which was drawn in New Orleans, and not from the point where the transactions had previously been conducted.

It is therefore ordered that the judgment appealed from be reversed, and that there be judgment in favor of defendants with costs.